IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-HC-2238-D

| | | |
|---|---|---|
| PHIL MANNEBACH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ACTING CUSTODIAN, | ) | |
| | ) | |
| Respondent. | ) | |

On November 17, 2025, Phil Mannebach ("Mannebach" or "petitioner"), a federal inmate proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. On April 3, 2026, respondent filed a motion to dismiss or in the alternative for summary judgment [D.E. 14]. Pursuant to Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam), the court notified Mannebach about the motion, the consequences of failing to respond, and the response deadline [D.E. 18]. Mannebach moves for relief under Federal Rule of Civil Procedure 56(d) [D.E. 27], for reconsideration [D.E. 28, 29, 31], to amend the petition [D.E. 33], and to voluntarily dismiss the petition [D.E. 38].

A petitioner may dismiss an action voluntarily by filing a notice of dismissal before the adverse party files an answer or a summary judgment motion. See Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, a dismissal may be effected "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Because respondent has filed a summary judgment motion, Mannebach's action may only be voluntarily dismissed under Rule 41(a)(2). A motion under Rule 41(a)(2) should not be denied absent substantial prejudice. See US Bank Nat'l Ass'n as Trustee

of Cabana Series III Trust v. Haring, No. 23-1228, 2024 WL 3220301, at *1 (4th Cir. June 28, 2024) (per curiam) (unpublished).

Respondent has not responded to Mannebach's motion to voluntarily dismiss the petition and has not shown substantial prejudice. Thus, the court GRANTS Mannebach's motion for voluntary dismissal [D.E. 38], DENIES AS MOOT the remaining motions [D.E. 14, 27, 28, 29, 31, 33], and DISMISSES this action without prejudice. The clerk shall close the case.

SO ORDERED. This 30 day of September, 2026.

JAMES C. DEVER III
United States District Judge